■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JULIO ANDUJAR, Also Known as JULIO ANDUJAS, Appellant. [679 NYS2d 300] —Judgment, Supreme Court, New York County (Bernard Fried, J.), rendered February 27, 1997, convicting defendant, after a jury trial, of criminal sale of a controlled substance in the third degree, and sentencing him, as a second felony offender, to a term of 4½ to 9 years, unanimously affirmed.

The verdict was based on legally sufficient evidence and was not against the weight of the evidence (*People v Bleakley*, 69 NY2d 490, 495). We see no reason to disturb the jury's findings

concerning reliability of identification testimony. Concur—Milonas, J. P., Williams, Andrias and Saxe, JJ.